**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-02174-RBJ-NYW

NATHANIEL J. HARVEY, III,

    Plaintiff,

v.

SEARGENT [sic] GONZALEZ, individual and official, and
SEARGENT [sic] SCHMUTLER, individual and official,

    Defendants.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Plaintiff's "Motion for Order/Notice of Change of Address/Contact Information" (the "Motion). [#68, filed January 4, 2015]. Through this Motion, Mr. Harvey informs the court that he has been transferred from Colorado State Penitentiary to Fremont Correctional Facility, and asks that this court hold the January 21, 2016 Status Conference at the Fremont Correctional Facility. [#68]. The court does not travel, and thus declines to grant Mr. Harvey's Motion, noting also that a prisoner does not have an absolute right to be present at his civil trial or pretrial proceedings. *Hawkins v. Maynard*, 89 F.3d 850, 1 (10th Cir. 1996) (citing *Price v. Johnston,* 334 U.S. 266, 285-86 (1948)).

    IT IS ORDERED that:

1. The Motion [#68] is **DENIED**;

2. The Status Conference remains set for **January 21, 2016, at 9:30 a.m.** in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado; and

3. Plaintiff and his case manager shall contact the court at (303) 335-2600 on the above date and at the designated time in order to participate.

    IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

CASE MANAGER FOR

NATHANIEL JAMES HARVEY, III #130287
FREMONT CORRECTIONAL FACILITY
PO BOX 999
CANON CITY, CO 81215-0999


DATED: January 7, 2016